Tommy Wayne JONES *v.* STATE of Arkansas

CR 03-401                                     111 S.W.3d 854

Supreme Court of Arkansas
Opinion delivered June 5, 2003

*Larry R. Froelich*, for appellant.

No response.

PER CURIAM. Appellant Tommy Wayne Jones, by and through his attorney Larry R. Froelich, has filed a motion to reconsider our *per curiam* order of May 1, 2003, which we deny. *See Jones v. State*, 353 Ark. 121, 111 S.W.3d 853 (*per curiam*).

In his alternative motion for belated appeal, Mr. Froelich states that the record was tendered late due to a mistake on his part and accepts full responsibility.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.

CORBIN, J., not participating.